# United States District Court
## Violation Notice

-C31

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| CA76 | E 1169435 | KNAUS | 984 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 01/15/2023 16:30 | 36 CFR 4.12 |

**Place of Offense:** Big Oak Flat Rd. East of Merced Grove

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Fail to Comply w/ a Traffic Control Device - No Passing Zone. Double Yellow Line

### DEFENDANT INFORMATION

**Last Name:** Chen
**First Name:** Angela Aying

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7ZSR214 | CA | 18 | Audi/Q5 | | Gry |

**A ☐ APPEARANCE IS REQUIRED** - If Box A is checked, you must appear in court. See instructions.

**B ☑ APPEARANCE IS OPTIONAL** - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Aying Chen

Original - CVB Copy

*E1169435*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **January 15, 20 23** while exercising my duties as a law enforcement officer in the **eastern** District of **California**

SEE ATTACHED

The foregoing statement is based upon:
✓ my personal observation ✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/15/2023** Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/14/2023 14:17